IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL OWEN, KAYLA OWEN AND SAIF NABER, A MINOR, BY AND THROUGH HIS GUARDIANS, DANIEL OWEN AND KAYLA OWEN<br><br>    Plaintiff<br><br>v.<br><br>HUNT SOUTHERN GROUP, LLC FKA FOREST CITY SOUTHERN GROUP, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, LLC, HUNT MH PROPERTY MANAGEMENT, LLC, UNKNOWN JOHN AND JANE DOES A THROUGH M, AND OTHER UNKNOW CORPORATE ENTITIES N THROUGH Z., **Defendants** | CASE NO. 1:18CV00055-LG-RHW |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs, Daniel Owen, Kayla Owen and Saif Naber, a minor, by and through his guardians, Daniel Owen and Kayla Owen, and Defendant, Hunt MH Property Management, LLC, by and through their undersigned counsel pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, who hereby agree and stipulate that the above-styled action and all claims contained therein should be dismissed without prejudice against Defendant with each party to bear its own costs.

Dated this 6th day of August, 2018.

BALCH & BINGHAM, LLP
By: /s/ Jennifer J. Skipper
Jennifer J. Skipper
Walter H. Boone
188 East Capitol Street
Suite 1400
Jackson, MS 39201

Attorneys for Hunt Southern Group, LLC fka Forest City Southern Group, LLC and Hunt MH Property Management, LLC


RUSHING & GUICE, P.L.L.C.
By: /s/ William Lee Guice III
William Lee Guice III
Maria Martinez
P. O. Box 1925
Biloxi, MS  39533-1925

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all attorneys of record.

This the 6th day of August, 2018.

/s/ WILLIAM LEE GUICE III
WILLIAM LEE GUICE III

W:\9291\Owen\Working\P\18-0727  Joint  Stipulation of Dismissal Hunt MH.doc